**FILED**

04/29/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0054

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court No. DA 22-0054

SHANDOR S. BADARUDDIN,

Appellant,

-vs-

THE STATE OF MONTANA &
THE NINETEENTH JUDICIAL DISTRICT,

Appellees.

ORDER

Pursuant to authority granted under Mont. R. App. P. 26(1), the

Appellant is given an extension of time until May 27, 2022 to prepare

file and serve the Appellant's opening brief.

-1-

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 29 2022